Edward WEIL, Respondent,

v.

**MISSOURI STATE TREASURER,**
Custodian of the Second Injury
Fund, Appellant.

**No. ED 79278.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 18, 2001.

Barbara L. Toepke, St. Louis, MO, for appellant.

Ronald A. Caimi, St. Louis, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

The Missouri State Treasurer, custodian of the Second Injury Fund ("the Fund") appeals the award of the Labor and Industrial Relations Commission ("Commission") to Edward Weil ("Claimant"). We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. We have, however, provided the parties with a brief memorandum opinion, for their use only, explaining the reason for our decision. The judgment is affirmed pursuant to Rule 84.16(b).